DUNWOODIE IMPROVEMENT CORPORATION, Appellant, v. EMIL R. GOLD and ELLA A. GOLD, Respondents.— Judgment unanimously affirmed, with costs. No opinion.    Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

ELTSAC REALTY CORPORATION and ELIAS A. GOLDSTEIN, Respondents, v. THE RIDING AND DRIVING CLUB OF BROOKLYN, a Membership Corporation, Defendant. FRANK H. TYLER, Appellant.— Order denying motion to correct amended complaint affirmed, with ten dollars costs and disbursements.    No opinion.    Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ., concur.

EDITH B. FLEMING, as Administratrix, etc., of ROBERT H. FLEMING, Deceased, Respondent, v. HYMAN F. KAUFMAN, Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

SIMON GOLDMAN, Respondent, v. LONDON TAXI CORPORATION, Appellant, Impleaded with CHARLES CAMPBELL and JACOB WARSHOFSKY, Defendants.— Judgment and order denying motion to set aside the verdict and for a new trial unanimously affirmed, with costs.    The testimony of the physicians at folios 245 and 263 was competent.    (See *McClain* v. *Brooklyn City R. R. Co.*, 116 N. Y. 459, 468; *Kelly* v. *United Traction Co.*, 88 App. Div. 283.)    The motion made at folios 273 and 274, to strike out *all* of the testimony with respect to physical injuries and physical condition, was too broad, inasmuch as there is no dispute but that the bulk of the evidence regarding injuries was competent.    Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CHARLES HICKS, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs.    No opinion.    Lazansky, P. J., Rich, Kapper and Carswell, JJ., concur; Hagarty, J., dissents and votes for reversal and a new trial upon the ground that the court erred in granting the request to charge which appears at folio 314 of the record, and in refusing to grant the request which appears at folio 316.

FELIX F. HOFFMANN, Appellant, v. JAMES A. WISELY, Respondent.— Judgment dismissing complaint reversed upon the law and the facts, and a new trial granted, costs to abide the event, upon the ground that plaintiff made out a *prima facie* case on both the questions of negligence and contributory negligence, which required submission to the jury.    Lazansky, P. J., Young, Kapper and Scudder, JJ., concur; Rich, J., dissents.

MARGARET J. HOLMES, Respondent, v. KATHRYN LAMBERT, Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed on the merits, with costs, upon the ground that plaintiff failed to prove any cause of action.    Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and appropriate conclusions will be made.    Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.    Settle order on notice.